## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Harold D. Register, III
Attorney at Law
102 Versailles Blvd. Ste. 620
Lafayette La 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 1, 2026

## REHEARING ACTION: April 1, 2026

**Docket Number: 25   00753-KW**

**STATE OF LOUISIANA**
**VERSUS**
**APOLLONIA RAEL AMEST**

**Writ Application from St. Martin Parish Case No. 23-259439**

**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Sharon Darville Wilson**
> **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Apollonia Rael Amest** is:

> **REHEARING DENIED.** Uniform Rules—Courts of Appeal, Rule 2–18.7(1) provides that an application for rehearing will be considered in cases where the court has granted a writ application on the merits. In its original writ ruling herein, this court granted the writ but denied relief on the merits of the application. Accordingly, the proper remedy to challenge this court's ruling on the writ is a timely application for writs to the Louisiana Supreme Court.

cc: Hon. Morris M. Haik, III, Counsel for  the Respondent
    Renee M Louviere, Counsel for  the Respondent